NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ROBERT SOKOLOSKIS, )
)
        Appellant, )
)
v. )    Case No. 2D15-2775
)
FLORIDA DEPARTMENT OF HEALTH, )
)
        Appellee. )
_____ )

Opinion filed June 15, 2016.

Appeal from the Circuit Court for Polk
County; Ellen S. Masters and Mark F.
Carpanini, Judges.

Robert H. Grizzard, II, of Robert H. Grizzard,
II, P.A., Lakeland, for Appellant.

Roland Reis and Leann Parker of Florida
Department of Health, Bartow, for Appellee.


CASANUEVA, Judge.

        We affirm without comment the order dismissing with prejudice Robert

Sokoloskis' amended motion to enforce an arbitration award. We dismiss Mr.

Sokoloskis' appeal of a final order denying his motion for attorney's fees. Mr.

Sokoloskis failed to file a timely notice of appeal of that final order, which was entered

on July 23, 2012, and rehearing was denied on August 8, 2012.  <u>See</u> Fla. R. App. P. 9.110(b).

Affirmed in part; dismissed in part.

SLEET and SALARIO, JJ., Concur.